IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABUBAKR RAHEEM,

    Petitioner,

v.

WARDEN T. JARVIS,

    Respondent.

NO. 3:16-CV-01767

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 9th day of November, 2017, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 18) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED in its entirety**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                  /s/ A. Richard Caputo
                                  A. Richard Caputo
                                  United States District Judge